JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CARMINA MORELOS,

                    Plaintiff,

          v.

FRANK BISIGNANO,
Commissioner of Social Security,

                    Defendant.

Case No. 2:25-cv-01633-SK

**JUDGMENT**

 

**IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

Date: January 15, 2026

_____
STEVE KIM
United States Magistrate Judge